Case 6:25-mj-00038-HBK    Document 5    Filed 10/01/25    Page 1 of 1

AO 199A (Rev. 12/11- EDCA [Fresno Version 2]) Order Setting Conditions of Release- Misd.

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of California

UNITED STATES OF AMERICA,

v.

MATTHEW DAVID TARRANT,

Case No. 6:25-MJ-00038-HBK

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose; shall not have any contact with T.T for 48 hours after release until placed in separate housing, not to discuss the case at all.

(3) The defendant shall abstain from the excessive use of alcohol and/or use of controlled substances unless in possession of a valid prescription given by a licensed medical doctor, medical marijuana is never authorized in federal court even if accompanied by a prescription;

(4) The defendant shall notify the Court and defendant's counsel of any change of address within 48 hours; report to the USM Office in Fresno for processing by no later than Friday October 7, 2025 before 4:00 PM

(5) The defendant must appear at: US District Court, 9004 Castle Cliff Court, Yosemite CA

*Place*

Before Magistrate Judge Helena Barch-Kuchta

on 12/9/2025 at 10:00 AM

*Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 9/30/2025

*Defendant's signature*

Date: 9/30/2025

*Judicial Officer's Signature*

Helena Barch-Kuchta, United States Magistrate Judge

*Printed name and title*